FILED: February 22, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2110
(3:21-cv-00460-HEH)

_____

COURTHOUSE NEWS SERVICE

       Plaintiff - Appellant

v.

JACQUELINE C. SMITH, in her official capacity as Clerk of the Circuit Court for Prince William County, Virginia

       Defendant - Appellee

and

COMMONWEALTH OF VIRGINIA

       Intervenor/Defendant - Appellee

------------------------------

THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND 38 MEDIA ORGANIZATIONS

       Amicus Supporting Appellant

_____

## O R D E R

_____

Upon consideration of the Commonwealth of Virginia's unopposed motion for leave to file separate response briefs and for a 45-day extension of time to file response briefs, the court grants leave to file a full-size response brief separate from Defendant-Appellee and extends the deadline for filing the response briefs to April 20, 2023.

                               For the Court

                               <u>/s/ Patricia S. Connor, Clerk</u>