# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 22-2110

Date of Oral Argument: 12/07/23

Caption: Courthouse News Service v. Jacqueline Smith

Attorney Arguing: Erika L. Maley

Arguing on Behalf of (party name): Commonwealth of Virginia

Select party type:
☐ Appellant  ☒ Appellee  ☐ Appellant/Cross-Appellee  ☐ Appellee/Cross-Appellant  ☐ Amicus  ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.

→ 20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→ 15 rather than 20 minutes are allotted in social security, black lung & labor cases in which primary issue is whether substantial evidence supports agency decision, and in criminal cases in which primary issue is application of sentencing guidelines; 30 minutes are allotted in en banc cases
→ Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Erika L. Maley
Phone Number (day of argument): 804.786.1252
Principal Argument Time: 15 (for appellants and appellees)
Rebuttal Argument Time (if any): (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time: John Connell Altmiller, Jr.
Phone Number (day of argument): 703-506-9440
Principal Argument Time: 5 (for appellants and appellees)
Rebuttal Argument Time (if any): (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:
Phone Number (day of argument):
Argument Time:

Select one of the following:  ☐ Order allowing argument time   ☐ Court-Appointed Amicus

Signature: /s/ Erika L. Maley     Date: 10/23/23