FILED: November 30, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2110
(3:21-cv-00460-HEH)

_____

COURTHOUSE NEWS SERVICE

        Plaintiff - Appellant

v.

JACQUELINE C. SMITH, in her official capacity as Clerk of the Circuit Court for Prince William County, Virginia

        Defendant - Appellee

and

COMMONWEALTH OF VIRGINIA

        Intervenor/Defendant - Appellee

------------------------------

THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND 38 MEDIA ORGANIZATIONS

        Amicus Supporting Appellant

_____

O R D E R

_____

Upon consideration of submissions relative to appellant's motion for judicial notice, the court grants the motion to take judicial notice as to Exhibits A and B (Virginia State Bar 84th Annual Report and Google Maps and MapQuest directions, respectively) and denies appellant's motion to take judicial notice as to Exhibit C (Courthouse News's report on access to public records in Virginia courts).

    For the Court

    /s/ Nwamaka Anowi, Clerk