No. 22-2110

---

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

COURTHOUSE NEWS SERVICE

Plaintiff – Appellant

v.

JACQUELINE C. SMITH, in her official capacity as Clerk of the Circuit Court for Prince William County, Virginia

Defendant – Appellee

and

COMMONWEALTH OF VIRGINIA

Intervenor/Defendant – Appellee

-------------------

THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND 38 MEDIA ORGANIZATIONS

Amicus Supporting Appellant

---

On Appeal from the United States District Court for the Eastern District of Virginia, Case No. 3:21-cv-460- HEH, Judge Henry E. Hudson

---

**MOTION OF APPELLANT COURTHOUSE NEWS SERVICE FOR LEAVE TO FILE REPLY TO RULE 28(J) LETTER OF APPELLEE COMMONWEALTH OF VIRGINIA**

Pursuant to Fourth Circuit Local Rule 28(e), Appellant Courthouse News Service respectfully moves for leave to file a letter replying to the letter submitted by Appellee Commonwealth of Virginia on January 3, 2024, in response to Courthouse News' letter of December 21, 2023, pursuant to F.R.A.P. 28(j).

As grounds for this motion, CNS states as follows:

1. In response to a question from Judge Wynn at the hearing on December 7 asking for examples of privacy-related problems with data mining experienced by other states that allow the press and public to have remote online access to civil court filings, the Commonwealth cited an incident in Kansas that became public "after briefing" in which Kansas' "online court access system … suffered from a cyber attack" involving "sensitive personal information";

2. In its December 21 Rule 28(j) letter responding to the Commonwealth's contention (Doc. 64), Courthouse News cited Kansas' official statements revealing the attack was directed at non-public judicial administrative files (not a breach of the public online court access system), which resulted in Kansas disconnecting its entire information system from external access, but that Kansas had restored public remote online access to court filings and was one of 24 states to provide such access;

3. In its January 3 Rule 28(j) response (Doc. 65), the Commonwealth contended Courthouse News' had misled the Court by including Colorado, Delaware and Iowa among those 24 states on the theory that those three states only "provide

statewide remote public access to case dockets, not to the underlying filings."

4. Courthouse News did not mislead the Court. Courthouse News and other members of the press and/or public have statewide remote access to complaints and other civil filings (not just dockets), in all three states.

5. Courthouse News seeks leave to file a letter reply to correct the record about the nature and scope of statewide remote public access in those three states.

The letter reply Courthouse News' seeks leave to file is attached as Exhibit 1.

Pursuant to Local Rule 27(a), Courthouse News' counsel conferred with Appellees' counsel on January 16. Counsel for the Commonwealth refused to consent to granting of the motion, and counsel for Smith has not taken a position.

For the foregoing reasons, Appellant Courthouse News Service respectfully requests the Court grant its request for leave to file the attached reply.

Dated: January 17, 2024

Respectfully Submitted,

*/s/ Roger Myers*

Roger Myers
Rachel Matteo-Boehm
**BRYAN CAVE**
**LEIGHTON PAISNER LLP**
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Tel: (415) 675 3400
Fax: (415) 675 3434
roger.myers@bclplaw.com
rachel.matteo-boehm@bclplaw.com

*/s/ Dabney J. Carr*

Dabney J. Carr, IV (VSB No. 28679)
**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
P.O. Box 1122
Richmond, Virginia 23218
Tel: (804) 697-1238
Fax: (804) 697-1339
dabney.carr@troutman.com

*Counsel for Appellant Courthouse News Service*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2024, I caused the foregoing motion to be filed electronically with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit using the appellate CM/ECF system, which will automatically send notification of such filing to counsel of record who are CM/ECF users.

/s/ Dabney J. Carr, IV
Dabney J. Carr, IV
**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
P.O. Box 1122
Richmond, Virginia 23218
Tel: (804) 697-1238
Fax: (804) 697-1339
dabney.carr@troutman.com

# EXHIBIT 1

BRYAN CAVE LEIGHTON PAISNER

BRYAN CAVE LEIGHTON PAISNER LLP
Three Embarcadero Center
7th Floor
San Francisco CA 94111 4070
T: +1 415 675 3400
F: +1 415 675 3434
bclplaw.com

Roger R. Myers
Partner
Direct: +1 415 268 1955
Fax: +1 415 430 4355
roger.myers@bclplaw.com

January 17, 2024

**VIA ECF**

Nwamaka Anowi, Clerk
United States Court of Appeals, Fourth Circuit
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, Virginia 23219

**Re: Courthouse News Service v. Jacqueline Smith; No. 22-2110**
**Argued December 7, 2023, Before Judges Gregory, Wynn & Rushing**

Dear Ms. Anowi:

Pursuant to its motion under Local Rule 28(e) for leave to file this reply, Courthouse News Service writes to correct a misstatement about its December 21 letter under F.R.C.P. 28(j) (Doc 64) contained in the Commonwealth's January 3 Rule 28(j) response (Doc 65).

The Commonwealth claims three states Courthouse News cited as providing remote access to civil filings– Colorado, Delaware and Iowa – only "provide statewide remote public access to case dockets, not to the underlying filings."

The Commonwealth is mistaken; Courthouse News has remote online access statewide to complaints and other civil filings in all three states.

To obtain remote online access to civil filings in Colorado, a member of the press or public must be approved for an account. A copy of the application is attached as Exhibit A. The form refers to "Remote Public Access Terminal" because access available at courthouse terminals is now available remotely.

To obtain remote online access to civil filings in Chancery Court and superior courts in all three Delaware counties, a member of the press or public must register at https://www.fileandservexpress.com/public-access/#.

BRYAN CAVE LEIGHTON PAISNER

To obtain remote online access to civil filings in Iowa, "specialized nonparty users" must first register for a docket-only account at https://www.iowacourts.state.ia.us/ESAWebApp/SelectFrame. They can then request an "EDMS User Agreement for Specialized Nonparty Users" from Iowa's Supreme Court and, once approved, receive access to full-text civil filings through the already-registered account. A copy of that user agreement is attached as Exhibit B.[1]

These states protect private information and guard against misuse in various ways.

For example, Iowa's user agreement restricts access to "Protected Information" and requires users to "agree[] not to engage in any data mining." Exh. B. Delaware prevents data mining by charging a significant fee to view, print or download ***each*** filing. https://www.fileandservexpress.com/wp-content/uploads/2019/10/FSX-_-Court-of-Chancery-Pricing.pdf.

Respectfully submitted,

Roger Myers

RRM:lar

cc: All Counsel of Record (via ECF)

[1] The user agreement attached as Exhibit B is the form Courthouse News submitted during Iowa's pilot project in 2016. At the end of that year, the Iowa Judicial Branch extended Specialized Nonparty access. Courthouse News pays a fee each year to renew the access to remote statewide access it registered for in 2016. *See* Exh B, ¶ 9.

# EXHIBIT A

REQUEST TO OBTAIN ACCESS TO THE REMOTE PUBLIC ACCESS TERMINAL
FOR THE COLORADO STATEWIDE COURT CIVIL CASE FILINGS

Date________________________

First Name_____________________________________

Last Name_____________________________________

Company or Organization______________________________________________

Address __________________________________________________

__________________________________________________________

(City)__________________ (State)________________(zip code)_________________

Email____________________________________________

Phone Number:(____)_________________________

I hereby request to obtain remote access to the Remote Public Access Terminal (RPAT) of the Colorado Courts for statewide civil case filings. I understand that the access granted will be the same access to documents in civil case filings throughout Colorado that is available at the Supreme Court library. I further understand that I will be granted a temporary password protected account with multi-factor authentication. If my request is granted, I will be required to sign and abide by a user agreement and be subject to the Remote Public Access Terminal Privacy Policy. My account will be active for 90 days at which time it will be deactivated, and I must request to have my account reactivated.

________________________________

Signed

All requests must be returned to the Colorado Supreme Court Library:
library@judicial.state.co.us

# EXHIBIT B

**IOWA JUDICIAL BRANCH**

**EDMS USER AGREEMENT FOR SPECIALIZED NONPARTY USERS**

This User Agreement ("Agreement") is between the State of Iowa, Iowa Judicial Branch ("Judicial Branch") and ______________________, the authorized Electronic Data Management System Specialized Nonparty User ("User").

**Recitals**

1. The Electronic Data Management System ("EDMS") is an internet-based electronic filing system for court filings with the Iowa Judicial Branch.

2. EDMS's primary users are parties, attorneys, and Iowa Judicial Branch personnel who use EDMS for the purpose of filing documents in active cases or reviewing and maintaining the official court record for any given case.

3. Interim Iowa Court Rule 16.305(1)(c) defines specialized nonparty users as "users who are generally not considered a party but who may need to view or download documents in multiple cases or view otherwise restricted information."

4. This User Agreement governs the use of EDMS by specialized nonparty users as contemplated by Interim Iowa Court Rule 16.305(1)(c).

**Terms and Conditions**

1. User acknowledges and agrees to comply with all applicable terms and policies on the Iowa Judicial Branch and EDMS websites, including but not limited to the Terms of Use, Terms and Conditions, and Privacy Policy, which may change from time to time.

2. User agrees not to engage in any data mining. For purposes of this Agreement, "data mining" is defined as the utilization of software or computing devices to scan data contained within EDMS or Iowa Courts Online.

3. The Iowa Judicial Branch reserves the right to limit or suspend the access of specialized nonparty users due to system abuse, overload, or routine maintenance.

4. User acknowledges that the certain information is considered Protected Information pursuant to interim Iowa Court Rule 16.602. Protected Information includes:

    a. Social security numbers
    b. Financial account numbers
    c. Dates of birth
    d. Names of minor children
    e. Individual taxpayer identification numbers
    f. Personal identification numbers
    g. Other unique identifying numbers

5. User agrees to protect Protected Information in accordance with applicable laws and regulations governing the confidentiality of public records. In the event User inadvertently obtains Protected Information from any filings in EDMS, User agrees to (1) notify the State Court Administrator of the Iowa Judicial Branch (of the Protected Information, including the case and docket number; (2) refrain from copying, disseminating, publishing, or otherwise distributing the Protected Information; and (3) delete or destroy any documents in User's possession containing the Protected Information.

6. User's access is limited to one login per User at a time.

7. User is being granted initial access to EDMS during a pilot project ending December 31, 2016. The Iowa Judicial Branch reserves the right to suspend or cancel the pilot project at any time.

8. User will pay a flat rate of $100.00 per login credential for the duration of the pilot project.

9. If the Iowa Judicial Branch chooses to extend Specialized Nonparty access beyond the duration of the pilot project, the flat rate for access for the 2017 calendar year will be $300 per login credential. The Iowa Judicial Branch reserves the right to modify the fee annually, to the extent permitted by Iowa law. The Iowa Judicial Branch reserves the right to suspend or cancel the Specialized Nonparty access program at any time, in which case any pre-paid User fees will be refunded on a pro rata basis.

10. User will ensure that any of User's employees or contractors who will be accessing EDMS or Iowa Courts Online pursuant to this Agreement are aware of and comply with the provisions of this Agreement.

11. User agrees and recognizes that any violation of any term of this Agreement may result in the removal of User's authorized access, in addition to any other remedy available to the Iowa Judicial Branch.

By signing below, User agrees to all of the terms and conditions of this Agreement.

User:________________________________ Billing Address:_____________________

Signature:____________________________ __________________________________

Date:________________________________ __________________________________

You are required to provide your Iowa Courts Online account username, the email address you registered under and your payment receipt number before access will be granted. If you do not currently have an account, you are required to register before submitting this form. You may register at https://www.iowacourts.state.ia.us/ESAWebApp/Registration

UserID: _____________________________ Email: ______________________________
(Associated with the above UserID account)

Receipt number: ______________________