FILED: January 25, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2110
(3:21-cv-00460-HEH)

_____

COURTHOUSE NEWS SERVICE

        Plaintiff - Appellant

v.

JACQUELINE C. SMITH, in her official capacity as Clerk of the Circuit Court for Prince William County, Virginia

        Defendant - Appellee

and

COMMONWEALTH OF VIRGINIA

        Intervenor/Defendant - Appellee

-------------------------------

THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND 38 MEDIA ORGANIZATIONS

        Amicus Supporting Appellant

_____

O R D E R

_____

Upon consideration of appellant's motion for leave to file a reply to

appellee's Rule 28(j) letter, the court grants the motion and accepts the reply as filed.

Entered at the direction of Judge Gregory with the concurrence of Judge Wynn and Judge Rushing.

For the Court

/s/ Nwamaka Anowi, Clerk