FILED: February 21, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2110
(3:21-cv-00460-HEH)

_____

COURTHOUSE NEWS SERVICE

       Plaintiff - Appellant

v.

JACQUELINE C. SMITH, in her official capacity as Clerk of the Circuit Court for Prince William County, Virginia

       Defendant - Appellee

and

COMMONWEALTH OF VIRGINIA

       Intervenor/Defendant - Appellee

-------------------------------

THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND 38 MEDIA ORGANIZATIONS

       Amicus Supporting Appellant

THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS

       Amicus Supporting Rehearing Petition

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for the Commonwealth of Virginia to file a response to the petition for rehearing en banc to February 27, 2025. Any further request for an extension of time in which to file a response shall be disfavored.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk