FILED: March 17, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2110
(3:21-cv-00460-HEH)
_____

COURTHOUSE NEWS SERVICE

       Plaintiff - Appellant

v.

JACQUELINE C. SMITH, in her official capacity as Clerk of the Circuit Court for Prince William County, Virginia

       Defendant - Appellee

and

COMMONWEALTH OF VIRGINIA

       Intervenor/Defendant - Appellee

------------------------------

THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND 38 MEDIA ORGANIZATIONS

       Amicus Supporting Appellant

_____

O R D E R

_____

Upon consideration of the submission relative to appellant's motion to file a reply to the response to the petition for panel rehearing and rehearing en banc, the court grants the motion and accepts the reply as filed.

For the Court

/s/ Nwamaka Anowi, Clerk