UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2110
(3:21-cv-00460-HEH)
_____

COURTHOUSE NEWS SERVICE

 Plaintiff - Appellant

v.

JACQUELINE C. SMITH, in her official capacity as Clerk of the Circuit Court for Prince William County, Virginia

 Defendant - Appellee

and

COMMONWEALTH OF VIRGINIA

 Intervenor/Defendant - Appellee

------------------------------

THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND 38 MEDIA ORGANIZATIONS

 Amicus Supporting Appellant

_____

ORDER
_____

Upon consideration of the motion by the Reporters Committee for Freedom of the Press for leave to file an untimely amicus curiae brief in support of appellant's petition for rehearing and rehearing en banc, the court denies the motion.

                              For the Court

                              <u>/s/ Nwamaka Anowi, Clerk</u>